# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 18-01264 JVS(JDEx) | Date | September 10, 2018 |
| Title | Ann Caruthers v. Liberty Mutual Ins. Co., Inc. | | |

Present: The Honorable  James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** <u>**(In Chambers) Order Denying Plaintiff's Motion to Remand**</u>

    Plaintiff Ann Carruthers ("Carruthers") filed a motion to remand. Mot., Docket No. 20. Defendants Liberty Mutual Insurance Company, Inc. and Sarah Ciscel (collectively, "Defendants") filed an opposition. Opp'n, Docket No. 21. Carruthers replied. Reply, Docket No. 23.

    Local Rule 7-3 requires that the parties meet and confer "at least seven (7) days prior to the filing of the motion." If the parties cannot resolve the issue, then the counsel for the moving party must include in the notice of motion the following statement: "[t]his motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on (date)." <u>Id.</u>

    Here, Carruthers' counsel states: "This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place over the period of August 13, 2018 . . . [to] August 15, 2018." Notice of Motion, Docket No. 20 at 2. Carruthers filed this motion on August 17, 2018. <u>See</u> Mot., Docket No. 20. Therefore, Carruthers did not comply with the requirement under Local Rule 7-3 that parties meet and confer at least seven days before filing a motion.

    Accordingly, the Court **denies** Carruthers' motion without prejudice. The motion may be re-noticed with a showing of compliance with Local Rule 7-3. The Court vacates the September 17, 2018 hearing date. <u>See</u> Fed. R. Civ. P. 78; C.D. Cal. R. 7-15.

    **IT IS SO ORDERED.**

| | : | 00 |
|---|---|---|
| **Initials of Preparer** | kjt | |