# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| ANN CARRUTHERS,<br><br>                            Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY INC., a Massachusetts corporation; SARAH CISCEL, an individual; and DOES 1-20, inclusive<br><br>                          Defendants. | Case No. 8:18-cv-01264-JVS-JDE<br>The Hon. James V. Selna<br>Mag. Judge John D. Early<br><br>**ORDER RE: DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Action Filed:    September 11, 2017<br>Removal Date:  July 3, 2018:<br>Previously Set<br>  Trial Date:      July 23, 2019 |

Having reviewed the parties' Joint Stipulation for Dismissal of Action with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby ordered that this entire action is dismissed with prejudice in its entirety with each party to bear her/its own respective costs and fees.

**IT IS SO ORDERED.**

DATED: October 23, 2019

By _____
JAMES V. SELNA
UNITED STATES DISTRICT COURT JUDGE